# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| NATHANIEL ALEXANDER MALCOLM and ) | 15-10853 HRT |
| MORGAN MARIE LELAND, ) | Chapter 7 |
| Debtor(s). ) | |
| _____ ) | |
| ) | |
| BRYAN HANSEN and ) | |
| KRISTEN NELSON ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 15-1373 HRT |
| ) | |
| MORGAN MARIE LELAND, ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| MORGAN MARIE LELAND, ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PLATINUM ELITE REAL ESTATE CORP., ) | |
| *doing business as* LUX HOMES DENVER, ) | |
| Third-Party Defendant. ) | |
| _____ ) | |
| ) | |
| BRYAN HANSEN and ) | |
| KRISTEN NELSON ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PLATINUM ELITE REAL ESTATE CORP., ) | |
| *doing business as* LUX HOMES DENVER, ) | |
| Third-Party Defendant. ) | |
| _____ ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on January 21, 2016, and the relevant responses and replies thereto, if any.   Accordingly, it is

ORDERED that pursuant to D.C.Colo.LR.Civ.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

DATED this 9th day of February, 2016.

BY THE COURT:

_____
Howard R. Tallman, Judge
United States Bankruptcy Court