**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**　　　　　　　　　　　　　　　　　　　TELEPHONE: (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE　　　　　　　TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:**　　　　Jeffrey P. Colwell, Clerk
　　　　　　　Attn: Senior Judge Team

**FROM:**　　Judge Wiley Y. Daniel

**DATE:**　　February 16, 2016

**RE:**　　　　Civil Action No. **16-cv-00317-WYD-MJW**
　　　　　　　**In re: NATHANIEL ALEXANDER MALCOLM and MORGAN MARIE LELAND**
　　　　　　　**BRYAN HANSEN and KRISTEN NELSON v. MORGAN MARIE LELAND**

　　　　Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.